**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Dosils, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Dosil's Scuba & Surf** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **22-3771246** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **Julie Dosil**<br>**106 Half Moon Circle**<br>**Unit D1** |
| **261 Highway 36**<br>**Middletown, NJ 07748** | **Hypoluxo, FL 33462** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monmouth** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **www.dosils.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Dosils, Inc.**
_____   Case number (*if known*) _____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4511__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ | |
| District _____ | When _____ | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Dosils, Inc.**
_____    Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name    _____
          Phone    _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Dosils, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **1/22/2021**
MM / DD / YYYY

**X** **/s/ Julie Dosil**
Signature of authorized representative of debtor

**Julie Dosil**
Printed name

Title  **Vice President**

---

**18. Signature of attorney**

**X** **/s/ Warren Brumel, Esq.**
Signature of attorney for debtor

Date  **1/22/2021**
MM / DD / YYYY

**Warren Brumel, Esq.**
Printed name

**Warren Brumel**
Firm name

**65 Main Street**
**PO Box 181**
**Keyport, NJ 07735**
Number, Street, City, State & ZIP Code

Contact phone  **732-264-3400**      Email address  **wbrumel@keyportlaw.com**

**018191980 NJ**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Dosils, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **1/22/2021**                  X **/s/ Julie Dosil**
                                                 Signature of individual signing on behalf of debtor

                                              **Julie Dosil**
                                                 Printed name

                                              **Vice President**
                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Dosils, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................    $ _____ **14,154.24**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................    $ _____ **14,154.24**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **12,693.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ **129,307.19**

4. **Total liabilities** .......................................................................................................
   Lines 2 + 3a + 3b

   $ _____ **142,000.19**

**Fill in this information to identify the case:**

Debtor name    **Dosils, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.  **Santander** | **business checking** | 9465 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                              $0.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  **utility security deposit held by Jersey Central Power & Light, subject to offset** | $1,820.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                            $1,820.00
       Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Dosils, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies retail inventory as per attached** | 10/28/2020 | $0.00 | Recent cost | $12,334.24 |

---

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.

| | $12,334.24 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Dosils, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** **misc fixtures - 40 yrs old** | **$0.00** | | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **filing cabinets, fax machine/printer, 2 old desktop computers** | **$250.00** | **Liquidation** | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | **$0.00** |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor      **Dosils, Inc.** _____      Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,820.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,334.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,154.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,154.24 |

**Fill in this information to identify the case:**

Debtor name      **Dosils, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name      **Dosils, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alexis O'Reilly**<br>**Unknown** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** | **$440.00** |
|  | Date or dates debt was incurred<br>**02/19/2020** | Basis for the claim:<br>**Deposit** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alison Kelly**<br>**163  Delaware Avenue**<br>**Atlantic Highlands, NJ 07716** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$280.00** | **$280.00** |
|  | Date or dates debt was incurred<br>**03/02/22020** | Basis for the claim:<br>**Deosit** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Dosils, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00
**Alison Sheehy**
**11 The Vista**
**Middletown, NJ 07748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/26/20**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.50 | $107.50
**Allison Cea**
**10 Ivins Place**
**Rumson, NJ 07760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/6/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00
**Amanda Mammolito**
**5 Mackenn Place**
**Port Monmouth, NJ 07758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**0227/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00
**Betsy Toal**
**16 Dartmouth Drive**
**Hazlet, NJ 07730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/24/2019**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Dosils, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Cara Horner**
**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **01/08/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Chengeei Shen**
**53 Damasc Drive**
**Marlboro, NJ 07746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Chiew Kaw & Lifang Du**
**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/20/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Christina Figueroa**
**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/12/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Dosils, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Christy Scalia**
**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **01/08/2020** | **Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Courtney Schellhorn**
**114 Tallwood Lane**
**Lincroft, NJ 07738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **01/17/2020** | **Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|

**Danielle Cherence**
**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/13/20** | **Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|

**Danielle Sullivan**
**Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/09/2020** | **Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Dosils, Inc.** | | |
|---|---|---|---|
| | Name | Case number (*if known*) | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Danielle Zimkus**
**1506 Maple Avenue**
**Asbury Park, NJ 07712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/31/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 | $239.00 |
|---|---|---|---|---|

**Deirdre Cesario**
**47 Appleton Drive**
**Hazlet, NJ 07730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Denise Lombardi**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/27/20**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|

**Dianne Russo**
**12 Carolina Avenue**
**Port Monmouth, NJ 07758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/062020**

Basis for the claim:
**Depsoit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Dosils, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**Elizabeth Toal**
**16 Dartmouth Drive**
**Hazlet, NJ 07730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/27/220**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Emily Ruane**
**2 Ward Place**
**Middletown, NJ 07748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/03/20**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Gina Leitau**
**7 Sophia Court**
**Middletown, NJ 07748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/28/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**Irena Evelich**
**342 Shore Drive**
**Highlands, NJ 07732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/4/20**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Dosils, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**James Snevily**
**66 Washington Street**
**Rumson, NJ 07760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/2/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Jeanine Jhanjee**
**38 Takolusa Drive**
**Hazlet, NJ 07730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/11/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Jenn McCann**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/18/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**John Caspi**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **01/11/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Dosils, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |

**Julia Coppola**
**48 Hawthorne Avenue**
**Hazlet, NJ 07730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $170.00 |

**Kaitlin Reynolds**
**118 Lexington Avenue**
**Fair Haven, NJ 07704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **02/24/2020** | **Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**Kathleen Servidio**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Deposit** |

Last 4 digits of account number **2020**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.00 | $515.00 |

**Katja Abegg**
**484 Landing St**
**Lumberton, NJ 08048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor    **Dosils, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.31 | Priority creditor's name and mailing address<br>**Kazita Patel**<br>**Unknown** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred<br>**02/17/2020** | Basis for the claim:<br>**Deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$160.00**    **$160.00**

---

| | | |
|---|---|---|
| 2.32 | Priority creditor's name and mailing address<br>**Kimberly Rose**<br>**149 Wilson Avenue**<br>**Port Monmouth, NJ 07758** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred<br>**012/14/2020** | Basis for the claim:<br>**Deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$250.00**    **$250.00**

---

| | | |
|---|---|---|
| 2.33 | Priority creditor's name and mailing address<br>**Krista Kelly**<br>**Unknown** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**Deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$249.00**    **$249.00**

---

| | | |
|---|---|---|
| 2.34 | Priority creditor's name and mailing address<br>**Kyle Acquavella**<br>**89 Maple Avenue**<br>**Keyport, NJ 07735** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred<br>**02/02/2020** | Basis for the claim:<br>**Deposit** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**$200.00**    **$200.00**

| Debtor | **Dosils, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**Liam Hayes**
**365 East End Avenue**
**Belford, NJ 07718**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/27/20**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Linda Taylor**
**220 Seaview Avenue**
**South Amboy, NJ 08879**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/16/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |
|---|---|---|---|---|

**Manhdan Kaczynsky**
**19 Angelica Coourt**
**Matawan, NJ 07747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/04/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Marco Albrecht**
**6 White Rock Terrace**
**Holmdel, NJ 07733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Dosils, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |
|---|---|---|---|---|

**Mark Weaver**
**47 Compton Avenue**
**Keansburg, NJ 07734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/03/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.00 | $185.00 |
|---|---|---|---|---|

**Mason Creekmore**
**173 Kemp Avenue**
**Fair Haven, NJ 07704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/15/2020**

Basis for the claim:
**deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|

**Megan O'Donnell**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/25/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Melissa Arrivillaga**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01/08/2020**

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Dosils, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Michelle  Gagneron**
**Unknown**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/02/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |
|---|---|---|---|---|

**Michelle Meehan**
**20 Foxwood Run**
**Middletown, NJ 07748**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/10/20** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|

**Mirona Opoka Mensah**
**Unknown**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/10/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Neerag Bhatt**
**34 Hunters Point**
**Middletown, NJ 07748**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/18/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | Dosils, Inc. | | | |
|--------|--------------|--|--|--|
| | Name | | Case number *(if known)* | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Philip Saxena**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **02/19/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Raina Graham**
**Unknown**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **02/06/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Sean Tyler**
**2 Sanders Drive**
**Middletown, NJ 07748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **01/31/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|------|---------------------------------------------|-----------------------------------------------|---------|--------|

**Sean Walsh**
**17 Baskenridge Drive**
**Middletown, NJ 07748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|--|--|
| **01/27/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Dosils, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|---|---|---|---|---|

**Sulabh Saxena**
**3 Baydre Cir**
**Middletown, NJ 07748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 | $215.00 |
|---|---|---|---|---|

**Susan Viston**
**10 Packard Drive**
**Middletown, NJ 07748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/27/20** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 | $165.00 |
|---|---|---|---|---|

**Tara Amores**
**169 Ueland Road**
**Red Bank, NJ 07701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/10/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Tara Salomone**
**24 Florence Avenue**
**Leonardo, NJ 07737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/19/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Dosils, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Trish Infantino**
**8 Stanford Drive**
**Hazlet, NJ 07730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/04/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.50 | $107.50 |
|---|---|---|---|---|

**Valerie Rosaly**
**3 Roberts Road**
**Hazlet, NJ 07730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **01/123/20** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Wendy Simon**
**12 Wilson Avenue**
**Port Monmouth, NJ 07758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **02/18/2020** | **Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.50 |
|---|---|---|---|

**ADP**
**PO Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2488**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.52 |
|---|---|---|---|

**Air & Gas Technologies**
**42 Industrial Drive**
**Cliffwood Beach, NJ 07735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7605**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dosils, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,372.75** |
|---|---|---|---|

**American Express Amazon Business Prime**
PO Box 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1000**

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,925.00** |
|---|---|---|---|

**Anthony T. Sonatore, Jr.**
One Argonne Place
Middletown, NJ 07748-5100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services - accountant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$735.22** |
|---|---|---|---|

**Aqualung**
2340 Cousteau Court
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4540**

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**Black Bear Lake**
457 Stage Coach Road
Millstone Township, NJ 08510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2464**

Basis for the claim:  **deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,063.57** |
|---|---|---|---|

**Chase**
PO Box 15298
Att: Bankruptcy Dept
Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5131**

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chase**
PO Box 15298
Att: Bankruptcy Dept
Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6587**

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,326.43** |
|---|---|---|---|

**Chase Business Ink**
PO Box 15298
Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2165**

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dosils, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.12 |
|---|---|---|---|

**Comcast Business**
PO Box 211008
Saint Paul, MN 55121-2408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number __7286__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.82 |
|---|---|---|---|

**Cressi USA**
3 Rosol Lane
Saddle Brook, NJ 07663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit__

Last 4 digits of account number __0689__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.21 |
|---|---|---|---|

**Direct Energy Business**
1001 Liberty Avenue
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number __9109__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Julie Dosil**
106 Half Moon Cir
Unit D-1
Lake Worth, FL 33462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __loans/advances to debtor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,457.96 |
|---|---|---|---|

**Estate of William J. Laggy**
139 Twin Brooks Ave
Middletown, NJ 07748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2008__

**Basis for the claim:** __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.00 |
|---|---|---|---|

**First Insurance Funding**
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062-7917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __insurance__

Last 4 digits of account number __0912__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,955.58 |
|---|---|---|---|

**Global Payments**
2578 W 600 N
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dosils, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.72 |
|---|---|---|---|

**Jaco Enterprises, Inc.**
PO Box 22084
Phoenix, AZ 85028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Credit**

Last 4 digits of account number  **2398**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,175.00 |
|---|---|---|---|

**JCP&L**
76  S. Main Street
A-RPC
Akron, OH 44308-1890

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utility**

Last 4 digits of account number  **0970**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.01 |
|---|---|---|---|

**National Dust Control**
200 Blackford Avenue
Middlesex, NJ 08846-2599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Professional Services**

Last 4 digits of account number  **7584**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.61 |
|---|---|---|---|

**New Jersey American Water**
PO Box 91623
Rantoul, IL 61866-8623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utility**

Last 4 digits of account number  **5878**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.95 |
|---|---|---|---|

**New Jersey Natural Gas**
1415 Wyckoff Road
PO Box 1464
Wall, NJ 07719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utility**

Last 4 digits of account number  **0011**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,696.62 |
|---|---|---|---|

**PNC Bank**
PO Box 747032
Pittsburgh, PA 15274-7032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Line of Credit**

Last 4 digits of account number  **6820**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,967.64 |
|---|---|---|---|

**Santander Bank**
PO Box 12707
Reading, PA 19612-2707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Line of Credit**

Last 4 digits of account number  **9098**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dosils, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**Scuba Optics**
**1405 8th Avenue**
**Rock Falls, IL 61071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0193**

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.19 |
|---|---|---|---|

**The Connection**
**51 Village Court**
**Hazlet, NJ 07730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **dosils**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.77 |
|---|---|---|---|

**Tomar Industries**
**PO Box 36**
**Adelphia, NJ 07710-0036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2635**

Basis for the claim:  **Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Managment**<br>**2400 Veterans Memoial Blvd**<br>**Suite 300**<br>**Kenner, LA 70062** | Line  **3.17**<br><br>☐ Not listed. Explain ___ | **1554** |
| 4.2 | **Anthony T. Sonatore, Jr. CPA**<br>**29 Millbrook Dr**<br>**Middletown, NJ 07748** | Line  **3.4**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Lyon Collection Services, Inc.**<br>**7924 West Sahara Avenue**<br>**Las Vegas, NV 89117** | Line  **3.1**<br><br>☐ Not listed. Explain ___ | **2488** |
| 4.4 | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Bedford, OH 44146** | Line  **3.10**<br><br>☐ Not listed. Explain ___ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  12,693.00 |
| 5b. Total claims from Part 2 | 5b.  + | $  129,307.19 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $  142,000.19 |

**Fill in this information to identify the case:**

Debtor name __**Dosils, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Dosils, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**  |  Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City   State   Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City   State   Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City   State   Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | |
| | | City   State   Zip Code | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Dosils, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$103,563.95** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$487,061.00** |
   | **For the fiscal year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$508,609.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Dosils, Inc. | Case number (if known) | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Dosils, Inc.** _____   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Warren Brumel**<br>**65 Main Street**<br>**PO Box 181**<br>**Keyport, NJ 07735** | **Attorney Fees** | **9/23/2020** | **$3,500.00** |
| Email or website address<br>**wbrumel@keyportlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Dosils, Inc.**                                          Case number *(if known)*

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Santander Middletown, NJ 07748 | XXXX-9465 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 10/31/2020 | $0.00 |
| 18.2. | Santander Middletown, NJ 07748 | XXXX-9550 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 4/2020 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Dosils, Inc.**    Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Garage**<br>**725 4th St**<br>**Union Beach, NJ 07735** | **Julie Dosil**<br>**David Dosil** | **inventory, equipment, supplies** | ☐ No<br>■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Debtor    **Dosils, Inc.**                                                  Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Anthony T. Sonotore, Jr. CPA**<br>**29 Millbrook Dr**<br>**Middletown, NJ 07748-2214** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Julie Dosil**<br>**106 Half Moon Circle**<br>**Unit D-1**<br>**Hypoluxo, FL 33462** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Dosil | **57 Huddy Ave**<br>**Highlands, NJ 07732** | **president, board member, shareholder** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julie Dosil | **106 Half Moon Cir**<br>**Unit D1**<br>**Hypoluxo, FL 33462** | **vice-president, director, shareholder** | **50%** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Dosils, Inc.**                                    Case number *(if known)*

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

    | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
    |---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

    | Name of the parent corporation | Employer Identification number of the parent corporation |
    |---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

    | Name of the pension fund | Employer Identification number of the parent corporation |
    |---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1/22/2021**

**/s/ Julie Dosil**                                 **Julie Dosil**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re __Dosils, Inc.__ _____    Case No. _____

_____ Debtor(s)    Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other motions or adversary proceeding. Proceedings with respect to reaffirmation agreements and any post-Meeting of Creditors proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __1/22/2021__ | **/s/ Warren Brumel, Esq.** |
| _Date_ | **Warren Brumel, Esq.** |
| | _Signature of Attorney_ |
| | **Warren Brumel** |
| | **65 Main Street** |
| | **PO Box 181** |
| | **Keyport, NJ 07735** |
| | **732-264-3400  Fax: 732-264-5797** |
| | **wbrumel@keyportlaw.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
### District of New Jersey

In re   **Dosils, Inc.** _____   Case No. _____

                                             Debtor(s)                Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **1/22/2021** _____         **/s/ Julie Dosil** _____

                                                              **Julie Dosil/Vice President**
                                                              Signer/Title

ADP
PO Box 842875
Boston, MA 02284-2875


Air & Gas Technologies
42 Industrial Drive
Cliffwood Beach, NJ 07735


Alexis O'Reilly
Unknown


Alison Kelly
163 Delaware Avenue
Atlantic Highlands, NJ 07716


Alison Sheehy
11 The Vista
Middletown, NJ 07748


Allison Cea
10 Ivins Place
Rumson, NJ 07760


Altus Receivables Managment
2400 Veterans Memoial Blvd
Suite 300
Kenner, LA 70062


Amanda Mammolito
5 Mackenn Place
Port Monmouth, NJ 07758


American Express Amazon Business Prime
PO Box 981535
El Paso, TX 79998-1535


Anthony T. Sonatore, Jr.
One Argonne Place
Middletown, NJ 07748-5100


Anthony T. Sonatore, Jr. CPA
29 Millbrook Dr
Middletown, NJ 07748

Aqualung
2340 Cousteau Court
Vista, CA 92081


Betsy Toal
16 Dartmouth Drive
Hazlet, NJ 07730


Black Bear Lake
457 Stage Coach Road
Millstone Township, NJ 08510


Cara Horner
Unknown


Chase
PO Box 15298
Att: Bankruptcy Dept
Wilmington, DE 19850-5298


Chase Business Ink
PO Box 15298
Wilmington, DE 19850-5298


Chengeei Shen
53 Damasc Drive
Marlboro, NJ 07746


Chiew Kaw & Lifang Du
Unknown


Christina Figueroa
Unknown


Christy Scalia
Unknown


Comcast Business
PO Box 211008
Saint Paul, MN 55121-2408


Courtney Schellhorn
114 Tallwood Lane
Lincroft, NJ 07738

Cressi USA
3 Rosol Lane
Saddle Brook, NJ 07663

Danielle Cherence
Unknown

Danielle Sullivan
Unknown

Danielle Zimkus
1506 Maple Avenue
Asbury Park, NJ 07712

Deirdre Cesario
47 Appleton Drive
Hazlet, NJ 07730

Denise Lombardi
Unknown

Dianne Russo
12 Carolina Avenue
Port Monmouth, NJ 07758

Direct Energy Business
1001 Liberty Avenue
Pittsburgh, PA 15222

Julie Dosil
106 Half Moon Cir
Unit D-1
Lake Worth, FL 33462

Elizabeth Toal
16 Dartmouth Drive
Hazlet, NJ 07730

Emily Ruane
2 Ward Place
Middletown, NJ 07748

Estate of William J. Laggy
139 Twin Brooks Ave
Middletown, NJ 07748


First Insurance Funding
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062-7917


Gina Leitau
7 Sophia Court
Middletown, NJ 07748


Global Payments
2578 W 600 N
Lindon, UT 84042


Irena Evelich
342 Shore Drive
Highlands, NJ 07732


Jaco Enterprises, Inc.
PO Box 22084
Phoenix, AZ 85028


James Snevily
66 Washington Street
Rumson, NJ 07760


JCP&L
76 S. Main Street
A-RPC
Akron, OH 44308-1890


Jeanine Jhanjee
38 Takolusa Drive
Hazlet, NJ 07730


Jenn McCann
Unknown


John Caspi
Unknown

Julia Coppola
48 Hawthorne Avenue
Hazlet, NJ 07730


Kaitlin Reynolds
118 Lexington Avenue
Fair Haven, NJ 07704


Kathleen Servidio
Unknown


Katja Abegg
484 Landing St
Lumberton, NJ 08048


Kazita Patel
Unknown


Kimberly Rose
149 Wilson Avenue
Port Monmouth, NJ 07758


Krista Kelly
Unknown


Kyle Acquavella
89 Maple Avenue
Keyport, NJ 07735


Liam Hayes
365 East End Avenue
Belford, NJ 07718


Linda Taylor
220 Seaview Avenue
South Amboy, NJ 08879


Lyon Collection Services, Inc.
7924 West Sahara Avenue
Las Vegas, NV 89117


Manhdan Kaczynsky
19 Angelica Coourt
Matawan, NJ 07747

Marco Albrecht
6 White Rock Terrace
Holmdel, NJ 07733


Mark Weaver
47 Compton Avenue
Keansburg, NJ 07734


Mason Creekmore
173 Kemp Avenue
Fair Haven, NJ 07704


McCarthy, Burgess & Wolff
26000 Cannon Rd
Bedford, OH 44146


Megan O'Donnell
Unknown


Melissa Arrivillaga
Unknown


Michelle  Gagneron
Unknown


Michelle Meehan
20 Foxwood Run
Middletown, NJ 07748


Mirona Opoka Mensah
Unknown


National Dust Control
200 Blackford Avenue
Middlesex, NJ 08846-2599


Neerag Bhatt
34 Hunters Point
Middletown, NJ 07748


New Jersey American Water
PO Box 91623
Rantoul, IL 61866-8623

New Jersey Natural Gas
1415 Wyckoff Road
PO Box 1464
Wall, NJ 07719


Philip Saxena
Unknown


PNC Bank
PO Box 747032
Pittsburgh, PA 15274-7032


Raina Graham
Unknown


Santander Bank
PO Box 12707
Reading, PA 19612-2707


Scuba Optics
1405 8th Avenue
Rock Falls, IL 61071


Sean Tyler
2 Sanders Drive
Middletown, NJ 07748


Sean Walsh
17 Baskenridge Drive
Middletown, NJ 07748


Sulabh Saxena
3 Baydre Cir
Middletown, NJ 07748


Susan Viston
10 Packard Drive
Middletown, NJ 07748


Tara Amores
169 Ueland Road
Red Bank, NJ 07701

Tara Salomone
24 Florence Avenue
Leonardo, NJ 07737


The Connection
51 Village Court
Hazlet, NJ 07730


Tomar Industries
PO Box 36
Adelphia, NJ 07710-0036


Trish Infantino
8 Stanford Drive
Hazlet, NJ 07730


Valerie Rosaly
3 Roberts Road
Hazlet, NJ 07730


Wendy Simon
12 Wilson Avenue
Port Monmouth, NJ 07758

# United States Bankruptcy Court
## District of New Jersey

In re   **Dosils, Inc.**

_____

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Dosils, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**1/22/2021**
_____

Date

**/s/ Warren Brumel, Esq.**
_____

**Warren Brumel, Esq.**

Signature of Attorney or Litigant

Counsel for   **Dosils, Inc.**
_____

**Warren Brumel**

**65 Main Street**
**PO Box 181**
**Keyport, NJ 07735**
**732-264-3400 Fax:732-264-5797**
**wbrumel@keyportlaw.com**