Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−11101−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dosils, Inc.
   dba Dosil's Scuba & Surf
   Julie Dosil
   106 Half Moon Circle
   Unit D1
   Hypoluxo, FL 33462

Social Security No.:

Employer's Tax I.D. No.:
   22−3771246

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 19, 2021                  Christine M. Gravelle
                                      Judge, United States Bankruptcy Court